FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
IN ADMIRALTY
CIVIL ACTION NO. 4:21-Cv-00068-FL

In the Matter of:

DEBORAH W. ANDREWS, Executor of the ESTATE OF GEORGE H. ANDREWS (Deceased), Owner of a 2020 35' +/- Scout 355 LXF, HIN # SLPVT596G920, NC Registration # NC-4565EP, her engines, tackle, apparel, appurtenances, etc.

**ORDER TO CONDUCT IN-PERSON COURT-HOSTED MEDIATION PURSUANT TO LOCAL ALTERNATIVE DISPUTE RULES OF PRACTICE AND PROCEDURE 101.2**

Upon Joint Consent Motion of the Parties, and for good cause shown,

IT IS ORDERED that the Parties conduct an In-Person Court-Hosted Mediation before United States Magistrate Judge Robert B. Jones on a date convenient to the Court to be scheduled, to the extent possible, on August 8, 2022 or August 10. 2022. Pursuant to Local Alternative Dispute Resolution Rules of Practice and Procedure 102.2 (2), the insurance representative for The Estate of George H. Andrews (Deceased) need not attend in-person, but will be available by telephone and/or remote video link as necessary.

IT IS FURTHER ORDERED that by agreement of the Parties, should the in-person court-hosted mediation be unsuccessful, the Parties agree to conduct the depositions of Deborah W. Andrews on August 10, 2022, Connie Merriman on August 11, 2022, and William W. Merriman, V on August 12, 2022. The Parties agree to provide each other with responses to the written discovery propounded prior to the submission of this Consent Motion on or before July 29, 2022.

Pursuant to the stipulation of the Parties,

IT IS SO ORDERED this the 15th day of July, 2022.

_____
LOUISE W. FLANAGAN
United States District Judge